UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEBASTIAN FAZZINO | : | 3:25-CV-1063 |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, VINAL | : | |
| TECHNICAL HIGH SCHOOL[1] | : | |
| *Defendant* | : | JULY 3, 2025 |

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

1. The above-captioned action was commenced in the Judicial District of Hartford, entitled *Sebastian Fazzino* v. *State of Connecticut, Vinal Technical High School,* bearing a return date of July 15, 2025.

2. The undersigned filed her appearance on behalf of Defendant State of Connecticut Vinal Technical School (hereinafter, "Defendant") in the state court matter on July 3, 3035.

3. Defendant was served June 4, 2025.

4. The Complaint contains ten (10) counts. Five (5) of those counts allege a violation of federal laws, 42 U.S.C. § 12101 *et. seq.,* 42 U.S.C. § 2601, and 42 U.S.C. § 2000e *et. seq.*, against Defendant.

5. Specifically, Plaintiff claims Defendant subjected Plaintiff to *"disability discrimination, harassment, a hostile work environment, retaliation, failure to accommodate and/or failure to engage in the interactive process, as well as a discriminatory and disparate termination of his employment on the basis of his known abilities"* in violation of the Americans

---

[1] The proper Defendant Agency is Connecticut Technical Education and Career Systems ("CTECS")

1

with Disabilities Act, 42 U.S.C. § 12101 *et. seq* (Count One), *"retaliation, as well as a discriminatory and retaliatory termination of his employment on the basis of his known disabilities"* in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et. seq.* (Count Two), failure to accommodate in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et. seq.* (Count Three), subjected him to discipline for using FMLA, in violation of 29 U.S.C. § 2601 (Count Seven), and subjected him to a hostile work environment for using FMLA in violation of 42 U.S.C. §2000e, *et. seq.,*

6. Defendant State of Connecticut Vinal Technical High School consents to the removal of this action.

7. In his Prayer for Relief, Plaintiff seeks money damages, *"penalty damages,"* attorney's fees, costs, interest, and *"such other relief as the Court deems just and equitable."*

8. Because the Complaint involves federal questions founded on claims or rights arising under the U.S. Constitution, treaties or laws of the United States, over which the district courts have original jurisdiction, this matter is removable pursuant to Title 28 U.S.C. § 1441(a) through (c).

9. Defendant files herewith a copy of the Complaint which was served upon them.

**WHEREFORE**, pursuant to Title 28 U.S.C. § 1446, Defendant State of Connecticut Vinal Technical High School respectfully request that the above-referenced action now pending in the Superior Court of Connecticut, Judicial District of Hartford, be removed to the United States District Court for the District of Connecticut for all future proceedings.

                                              DEFENDANT,

                                              STATE OF CONNECTICUT,
                                              VINAL TECHNICAL HIGH SCHOOL

                                                                           WILLIAM TONG
                                                                           ATTORNEY GENERAL

BY:    */s/ Lilia Hrekul*
          Lilia Hrekul (Feder Bar #ct29194)
          Assistant Attorney General
          Office of the Attorney General
          165 Capitol Avenue, Suite 5000
          Hartford, CT  06106
          Tel.:  (860) 808-5340
          Fax:  (860) 808-5383
          Email: Lilia.Hrekul@ct.gov

## **CERTIFICATION**

I hereby certify that on July 3, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system. This notice has also been sent via First Class mail to the following address:

Alexander T. Taubes, Esq.
470 James Street, Suite 007
New Haven, CT 06513
Email: alextt@gmail.com

                                                                      */s/  Lilia Hrekul*
                                                                      Lilia Hrekul
                                                                      Assistant Attorney General